JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SMITH MICRO SOFTWARE, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 8: 11-cv-01394 AG (ANx) |
| | **8:11-cv-01761-AG-AN** |
| This Document Relates To: | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| ALL ACTIONS | Judge:      Hon. Andrew J. Guilford |
| | Date Filed: September 12, 2011 |

1    Pursuant to the stipulation of the parties and good cause having been shown,

2  IT IS ORDERED, ADJUDGED AND DECREED THAT:

3    1.    The Stipulation to Dismiss with Prejudice is accepted and approved;

4    2.    The consolidated action brought by Plaintiffs against defendants,

5  captioned Master File No. In re *Smith Micro Software, Inc. Shareholder Derivative*

6  *Litigation,* 11-cv-01394, is hereby dismissed with prejudice; and

7    No party shall seek fees, costs and/or claims under Rule 11 of the Federal

8  Rules of Civil Procedure against any other party in connection with this action.

9

10                                 *       *       *

11                            **O R D E R**

12  **IT IS SO ORDERED.**

13

14  Dated:    July 31, 2012

15                                        _____

16                                            Hon. Andrew J. Guilford

17                                        U.S. DISTRICT COURT JUDGE

18  762739 SD

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING STIPULATION TO
DISMISS WITH PREJUDICE
NO. 11-CV-01394 AG (ANx)**